UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
         -v-                                                            :         24-CR-358 (JMF)
:
BRUCE MORRIS,                                                           :         <u>SCHEDULING ORDER</u>
:
                              Defendant.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Trial in this case is scheduled for **January 13, 2025** at **9:30 a.m.**

      It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed — in accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman — by **December 20, 2024**.[1]  Any opposition to a motion *in limine* or trial memorandum shall be filed by **January 3, 2025**.

      In accordance with the Court's Individual Rules and Practices for Criminal Cases, the parties should not submit courtesy copies of any submissions, unless the Court orders otherwise. Further, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that the parties appear for a final pretrial conference on **January 9, 2025**, at **11:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

      SO ORDERED.

Dated: November 20, 2024
      New York, New York

                                           JESSE M. FURMAN
                                           United States District Judge

---

[1] Per Paragraph 8.D of the Court's Individual Rules and Practices for Criminal Cases, "[n]o motion *in limine* will be considered or decided unless the moving party's submission includes a certification that, prior to filing the motion, the parties conferred, in person or by telephone, in a good faith effort to resolve the issue(s) asserted in the motion without the intervention of the Court and were unable to reach an agreement."