```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                      :
                                              :
        -v-                                   :     24-CR-358 (JMF)
                                              :
BRUCE MORRIS,                                 :           ORDER
                                              :
                        Defendant.            :
                                              :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

With the parties' consent, *see* ECF Nos. 86, 87, all open counts against Defendant Bruce Morris — including Counts One and Two and the discharge charge in Count Three of the S2 Indictment — are dismissed. Accordingly, the trial and final pretrial conference scheduled for next week are CANCELED. Sentencing on the counts of conviction will be held on **June 26, 2025**, at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

The Probation Department is directed to prepare a Presentence Investigation Report. The Government shall provide its description of the offenses to the Probation Department **within seven days**. Defense counsel shall arrange an interview with the Probation Department **within two weeks**. Unless defense counsel consents in writing, no interview of Defendant shall take place unless counsel is present.

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Unless and until the Court orders otherwise, Defendant's sentencing submission shall be filed **two weeks in advance of the date set for sentencing**, and the Government's sentencing submission shall be filed **one week in advance of the date set for sentencing**.

That said, given the history and posture of this case, the parties shall confer and, no later than **February 27, 2025**, file a joint letter indicating their views on (1) whether these deadlines should be modified in any way and (2) whether they anticipate the need for a *Fatico* evidentiary hearing. The parties' letter should also propose a deadline to provide notice of whether either party intends to rely on evidence outside of the trial record (and the Presentence Investigation Report).

The Clerk of Court is directed to terminate ECF No. 84.

SO ORDERED.

Dated: February 20, 2025
      New York, New York

                                                       JESSE M. FURMAN
                                                  United States District Judge